UNITED STATES BANKRUPTCY COURT

District of Nebraska

IN RE DEBTOR: BROOKE M BECK

DATE: 5/23/2023

CASE NO. 4-23-BK-40193

**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 4

COMES NOW, Loan at Last in care of ZenResolve and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 4    in the amount of $ 1,814.69    filed on or about 3/27/2023   .

Loan at Last in care of ZenResolve

/S/  Jeff Bronson

Company: ZenResolve

Title:  President

ZenResolve

2770 Mission Rancheria Rd #315

Lakeport CA 95453

(800) 225-1375